**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**(337) 433-9403**

# NOT DESIGNATED FOR PUBLICATION

Rudie Ray Soileau, Jr.
Lundy, Lundy, Soileau & South
P. O. Box 3010
Lake Charles LA 70602

Hunter William Lundy
Lundy, Lundy, Soileau & South
P. O. Box 3010
Lake Charles LA 70602

Daniel A. Kramer
Lundy, Lundy, Soileau & South
P. O. Box 3010
Lake Charles LA 70602

T. Houston Middleton, IV
Lundy, Lundy, Soileau & South
P. O. Box 3010
Lake Charles LA 70602

Jeffrey W. Chambers
Chambers Law Firm
711 Louisiana Street, Ste 2150
Houston TX 77002-2720

Max Tribble, Jr.
Susman, Godfrey, L.L.P.
1000 Louisiana St., Ste 5100
Houston TX 77002

John P. Lahad
Susman Godfrey LLP
1000 Louisiana St., Ste 5100
Houston TX 77002

Shawn D. Blackburn
Susman, Godfrey, L.L.P.
1000 Louisiana St., Ste 5100
Houston TX 77002

Sylvanus M. Polky
Susman, Godfrey, L.L.P.
1000 Louisiana St., Ste 5100
Houston TX 77002

Armstead Charlton Lewis
Susman, Godfrey, L.L.P.
1000 Louisiana St., Ste 5100
Houston TX 77002

**REHEARING ACTION: May 15, 2019**

**Docket Number: 19   00276-CW**

**IN RE:  THE PEROXISOME TRUST**
**Writ Application from Calcasieu Parish Case No. 2015-4582**

**BEFORE JUDGES:**

> **Hon. Sylvia R. Cooks**
> **Hon. Shannon J. Gremillion**
> **Hon. D. Kent Savoie**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Preston L. Marshall** has this day been

> **DENIED.**

cc: Sherman Gene Fendler, Counsel for the Applicant
    Philip Kirkpatrick Jones, Jr., Counsel for the Applicant
    Michael Reese Davis, Counsel for the Applicant
    Dena Lynn Olivier, Counsel for the Applicant
    Todd Samuels Clemons, Counsel for the Applicant
    Kelly T. Scalise, Counsel for the Applicant
    Tim P. Hartdegen, Counsel for the Applicant
    Shayna L. Sonnier, Counsel for the Applicant
    Janet D. Madison, Counsel for the Applicant
    L. Bradley Hancock, Counsel for the Applicant
    Kristi Soppet, Counsel for the Applicant
    John T. Cox, III, Counsel for the Applicant
    Christopher J. Akin, Counsel for the Applicant
    Samuel Butler Hardy, IV, Counsel for the Applicant